UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SEGURA HERRERA,<br>Petitioner,<br>v.<br>JEFF MACOMBER,<br>Respondent. | Case No. 8:24-cv-00328 KK (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Answer, and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge dated September 30, 2026, [Dkt. No. 18]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 18], is accepted;

2. The Petition is denied with prejudice;

3. The Certificate of Appealability is denied; and

4. Judgment shall be entered accordingly.

DATED: November 2, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge