JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS SEGURA HERRERA,<br>Petitioner,<br>v.<br>JEFF MACOMBER,<br>Respondent. | Case No. 8:24-cv-00328 KK (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is denied with prejudice.

DATED: November 2, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge